Certificate Number: 13858-PAM-DE-029655564

Bankruptcy Case Number: 13-00167



13858-PAM-DE-029655564

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2017, at 9:03 o'clock PM EDT, Scott Jenkins completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 30, 2017

By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor

Certificate Number: 13858-PAM-DE-029655565

Bankruptcy Case Number: 13-00167



13858-PAM-DE-029655565

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2017</u>, at <u>9:03</u> o'clock <u>PM EDT</u>, <u>Cynthia Jenkins</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 30, 2017</u>

By: <u>/s/Wendel Ruegsegger</u>

Name: <u>Wendel Ruegsegger</u>

Title: <u>Counselor</u>