# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SCOTT EDWARD JENKINS  Case No.: 1-13-00167-RNO
CYNTHIA MAE JENKINS  Chapter 13
          Debtor(s)

## NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE |
| Court Claim Number: | 16 |
| Last Four of Loan Number: | 5918 |
| Property Address if applicable: | 352 MILLER ROAD, DELTA, PA 17314 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages: $6,133.28
b. Prepetition arrearages paid by the Trustee: $6,133.28
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $
e. Allowed postpetition arrearage: $
f. Postpetition arrearages paid by the Trustee: $
g. Total b, d, f: $6,133.28

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**To the extent that the Debtor is not delinquent as of the date of this Notice, the Creditor should file a Response indicating same.**

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  August 16, 2017							Respectfully submitted,


							s/ Charles J. DeHart, III, Trustee
							Standing Chapter 13 Trustee
							Suite A, 8125 Adams Drive
							Hummelstown, PA  17036
							Phone:  (717) 566-6097
							Fax:  (717) 566-8313
							eMail:  dehartstaff@pamd13trustee.com

Re:

| | |
|---|---|
| SCOTT EDWARD JENKINS | Case No.: 1-13-00167-RNO |
| CYNTHIA MAE JENKINS | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on August 16, 2017.

SCOTT EDWARD JENKINS
CYNTHIA MAE JENKINS
352 MILLER ROAD
DELTA, PA 17314

NATIONSTAR MORTGAGE
PO BOX 630267
IRVING, TX, 75063

DOROTHY L MOTT LAW OFFICE, LLC
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA, 17101-

Date: August 16, 2017

s/ Charles J. DeHart, III, Trustee
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com