Check No. 1172857

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-00167-RNO | 010-0 | SCOTT EDWARD JENKINS<br>Original Check written to:<br>GE CONSUMER FINANCE<br>CARE CREDIT/GE CAPITAL<br>P.O. BOX 960061<br>ORLANDO, FL 32896-0061 | 9368 | 399.77 | 15.11 | 0.00 | 15.11 |
| 14-04034-JJT | 009-0 | JANICE ELIZABETH RESZEGI<br>Original Check written to:<br>BANK OF AMERICA<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | 4167 | 2,125.19 | 3,900.10 | 0.00 | 3,900.10 |
| 15-00136-JJT | 006-0 | NANCY SUSAN BURKE<br>Original Check written to:<br>SCRANTON SEWER AUTHORITY<br>312 ADAMS AVE<br>SCRANTON, PA 18503- | 351-862-00/351-861-00A | 376.26 | 72.37 | 0.00 | 72.37 |
| 15-01791-JJT | 999-0 | ADRIANA I. SANDOVAL DE MOORE<br>Original Check written to:<br>ADRIANA I. SANDOVAL DE MOORE<br>1425 MELROSE TERRACE<br>EAST STROUDSBURG, PA 18301 | | 0.00 | 11.33 | 0.00 | 11.33 |
| 15-04496-JJT | 002-0 | ANA M. DAVIES<br>Original Check written to:<br>SCRANTON SEWER AUTHORITY<br>312 ADAMS AVE<br>SCRANTON, PA 18503- | | 587.09 | 89.63 | 0.00 | 89.63 |
| 15-04905-JJT | 001-0 | REBECCA HELEN PANUNZIO<br>Original Check written to:<br>SCRANTON SEWER AUTHORITY<br>312 ADAMS AVE<br>SCRANTON, PA 18503- | 900 | 1,001.23 | 88.17 | 0.00 | 88.17 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1172857

September 19, 2017

PAY** Four Thousand One Hundred Seventy Six Dollars and 71 Cents*****************

AMOUNT**$4,176.71***********

TO THE ORDER OF

VOID AFTER December 18, 2017
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-

Case 1:13-bk-00167-RNO   Doc 62   Filed 09/19/17   Entered 09/19/17 08:49:17   Desc
Main Document    Page 1 of 1